

No. 216.   AUSTIN *v.* COMMISSIONER OF INTERNAL REVENUE.   Certiorari denied.   *Ashley M. Van Duzer* and *Thomas V. Koykka* for petitioner.   *Solicitor General Perlman, Sewall Key, Robert N. Anderson* and *Irving I. Axelrad* for respondent.

No. 218.   BERRY, ADMINISTRATRIX, *v.* FRANKLIN PLATE GLASS CORP.   Certiorari denied.   *John D. Meyer* and *Charles V. Halley, Jr.* for petitioner.   *Frank W. Stonecipher* for respondent.

No. 219.   MONTAGUE *v.* SMITH ET AL.   Certiorari denied.   *Samuel B. Brown* for petitioner.

No. 220.   WEISS *v.* UNITED STATES.   Certiorari denied.   *I. Maurice Wormser* and *Francis J. Quillinan* for petitioner.   *Solicitor General Perlman, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 221.   EISENBERG *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 222.   SCHAEFFER *v.* COMMISSIONER OF INTERNAL REVENUE.   Certiorari denied.   *Hirsh W. Stalberg* for petitioners.   *Solicitor General Perlman, Sewall Key, Lee A. Jackson* and *Carlton Fox* for respondent.

No. 224.   JAMES F. WATERS, INC. *v.* COMMISSIONER OF INTERNAL REVENUE.   Certiorari denied.   *Everett S. Layman* for petitioner.   *Solicitor General Perlman, Sewall Key, Lee A. Jackson* and *Austin Hoyt* for respondent.